Case 1:25-cr-00323-CM Document 99 Filed 10/14/26 Page 1 of 1

MORRISON FOERSTER

250 WEST 55TH STREET
NEW YORK
NEW YORK 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AMSTERDAM, AUSTIN, BERLIN, BOSTON, BRUSSELS, DENVER, HONG KONG, LONDON, LOS ANGELES, MIAMI, NEW YORK, PALO ALTO, SAN DIEGO, SAN FRANCISCO, SEATTLE, SHANGHAI, SINGAPORE, TOKYO, WASHINGTON, D.C.

October 13, 2026

Writer's Direct Contact
+1 (212) 468-8049
CCohen@mofo.com

MEMO ENDORSED

10-15-26

Granted

[signature]

By E-Mail and ECF

The Honorable Colleen McMahon
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: *United States v. Cristian Alonso Castro Corona*, 25 Cr. 323 (CM)**

Dear Judge McMahon:

We represent Mr. Castro Corona in the above-referenced matter. We write to respectfully request permission to redact limited information contained in Mr. Castro Corona's sentencing memorandum and exhibits thereto. The proposed redactions are limited to personal information concerning Mr. Castro Corona and his minor son, as permitted under Fed. R. Crim. P. 49.1(a); medical and treatment records; and information that may place Mr. Castro Corona or his family in danger. This information is not necessary to the public's understanding of the issues before the Court. *See United States v. Greenwood*, 145 F.4th 248, 256 (2d Cir. 2025) ("Higher values that may justify redactions include 'the privacy interests of innocent third parties as well as those of defendants that may be harmed by disclosure,' as well as 'financial records, family affairs, illnesses, and embarrassing conduct with no public ramifications'" (internal citations omitted) (cleaned up)).

We have shared the proposed redactions with the Government and it consents to the redactions.

Respectfully submitted,

/s/ Carrie H. Cohen

Carrie H. Cohen
*Attorney for Mr. Castro Corona*

cc by ECF: Counsel of Record

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 10-15-26